**VANESSA H. WIDENER (Bar No. 203967)**
  vhw@amclaw.com
**DAVID J. BILLINGS (Bar No. 175383)**
  djb@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
**707 Wilshire Boulevard, Suite 4000**
**Los Angeles, California 90017-3623**
**TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594**

**Attorneys for Defendant GUNS DOT COM LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SAHIRA SHAHBAZ, an individual, | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| GUNS.COM LLC; GUNS DOT COM LLC; and DOES 1 - 250, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Defendant GUNS DOT COM LLC ("Defendant")[1] hereby removes to the United States District Court for the Central District of California, the state court action styled *Sahira Shahbaz v. Guns.Com LLC; Gun Dot Com LLC, and Does 1 - 250*, bearing Case No. 22STCV18264 ("State Court Action"), which action was filed in the California Superior Court, in and for the County of Los Angeles on June 3, 2022. The complaint was served on Defendant on June 30, 2022.

## I.  GROUNDS FOR REMOVAL

1.  This Court has jurisdiction of this action under 28 U.S.C. § 1332, based

---

[1] Plaintiff also named GUNS.COM LLC as a defendant in the State Court Action. Upon information and belief, GUNS.COM LLC is a non-entity that an in *pro per* plaintiff at the time improperly named as a defendant.

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1    on diversity, and this action may be removed by Defendant pursuant to 28 U.S.C. §

2    1441 in that it is a civil action between citizens of different states and the matter in

3    controversy exceeds the sum of $75,000, exclusive of interest and costs.

4        2.      On June 3, 2022, Plaintiff SAHIRA SHAHBAZ ("Plaintiff")

5    commenced the State Court Action.  A true and correct copy of the conformed

6    original Complaint and accompanying papers, process, pleadings and orders served

7    upon Defendant in the State Court Action are attached collectively as **Exhibit A** to

8    the Declaration of David J. Billings ("Billings Decl."); *id* at ¶ 3.

9        3.      Plaintiff completed service upon Defendant on June 30, 2022.  A true

10   and correct copy of the Notice and Acknowledge of Receipt of the Complaint is

11   attached as **Exhibit B** to Billings Decl. *id* at ¶ 4.

12       4.      This Notice of Removal is timely filed pursuant to 28 U.S.C. §

13   1446(b)(3) since it is filed within 30 days of service of the Summons and Complaint

14   on Defendant.

15   **II.    DIVERSITY JURISDICTION**

16       5.      This case may be removed pursuant to 28 U.S.C. § 1441(a) because

17   complete diversity exists between Plaintiff, on the one hand, and Defendant on the

18   other hand, and the amount in controversy exceeds $75,000.  *See* 28 U.S.C. § 1332.

19       **A.     Amount in Controversy Exceeds $75,000**

20       6.      The amount in controversy necessary to establish jurisdiction, under 28

21   U.S.C. § 1332, exceeds $75,000.  Though Plaintiff fails to precisely quantify the

22   amount of damages sought in the Complaint, Plaintiff alleges that over 100

23   "unlawful spams" emails are at issue and she demands "liquidated damages" in the

24   amount of $1,000 per "unlawful spam."  Compl., ¶¶ 1, 6, Prayer for Relief at (B).

25   California Business and Professions Code section 17529.5, the statute under which

26   Plaintiff sues, authorizes "[l]iquidated damages of one thousand dollars ($1,000) for

27   each unsolicited commercial e-mail advertisement transmitted in violation of this

28   section, up to one million dollars ($1,000,000) per incident."  *See* Cal. Bus. & Prof.

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

2586810.1 06276-001

1  Code § 17529.5(b)(1)(B)(ii); *see also* Compl., Prayer for Relief ("Liquidated

2  damages against Defendants in the amount of $1,000 per unlawful spam, as

3  authorized by Section 17529.5(b)(1)(B)(ii), at least $100,000 for one hundred (100)

4  unlawful spams."). Accordingly, Plaintiff pleads entitlement to at least $100,000 in

5  damages (exclusive of interest and costs) – well in excess of the minimum amount

6  required to establish diversity jurisdiction.

7      **B   Citizenship of the Parties**

8          7.    According to Plaintiff's Complaint, Plaintiff is "an individual

9  domiciled in and a citizen of the State of California . . .." Compl., ¶ 8.

10         8.    Defendant is a Delaware limited liability company. Billings Decl., ¶ 5,

11  Exh. C. The Hoya Family Trust is the sole member of Defendant. Billings Decl., ¶

12  7. Christopher John Henebry Callahan is the trustee of Hoya Family Trust, and Mr.

13  Callahan is a citizen of the State of Virginia. Billings Decl., ¶ 7.

14         9.    Defendant has issued certain non-membership interests in the company

15  to citizens of Virginia and Minnesota; however, these individuals are not considered

16  in determining the citizenship of Defendant for the purposes of diversity

17  jurisdiction.

18         10.   "For purposes of diversity jurisdiction, a limited liability company 'is a

19  citizen of every state of which its owners/members are citizens." *3123 SMB LLC v.*

20  *Horn*, 880 F.3d 461, 465 (9th Cir. 2018) (citations omitted). A limited liability

21  company is treated like a partnership for the purpose of establishing citizenship

22  under diversity jurisdiction. *Sonoma Falls Developers, L.L.C. v. Nev. Gold &*

23  *Casinos, Inc.*, 272 F. Supp. 2d 919, 922 (N.D. Cal. 2003), *quoting TPS Utilicom*

24  *Servs. V. AT&T Corp.*, 223 F. Supp. 2d 1089, 1101 (C.D. Cal. 2002). For the

25  purpose of diversity jurisdiction, the citizenship of a traditional trust, like the Hoya

26  Family Trust, is determined solely on the citizenship of the trustee and not the

27  citizenship of the beneficiaries. *See Demarest v. HSBC Bank USA, N.A. as Tr. for*

28  *registered holders of Nomura Home Equity Loan, Inc., Asset-Backed Certificates,*

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

*Series 2006-HE2*, 920 F.3d 1223, 1228-299 (9th Cir. 2019) (citing *Americold Realty Trust v. Conagra Foods, Inc.*, 577 U.S. 378 (2016)).  Thus, Defendant's citizenship is the State of Minnesota for purposes of diversity jurisdiction.

11.     The improperly named defendant GUNS.COM LLC is not an entity or an individual.  Thus, there is no citizenship for the improperly named defendant GUNS.COM LLC and Defendant is informed and believes that service on GUNS.COM LLC has not, and cannot, be effected.  Billings Decl., ¶ 8, Exh. E.

12.     The citizenship of DOE defendants is disregarded for removal purposes.  28 U.S.C. § 1441(b)(1).

13.     There exists complete diversity because Plaintiff and Defendant are citizens of different states.  *See, e.g., Hertz Corp. v. Friend*, 559 U.S. 77, 93 (2010).

## III.   <u>VENUE</u>

14.     28 U.S.C. § 1441(a) provides that "any civil action brought in a State may be removed by the defendant or defendants, to the District Court of the United States for the district and division embracing the place where such action was pending."

15.     Plaintiff filed the instant action in Los Angeles County, California Superior Court.  According to 28 U.S.C. § 84(a), this Central District of California embraces the Superior Court for the County of Los Angeles and therefore is the proper Court for removal of this action.

DATED:  July 29, 2022                          ANDERSON, McPHARLIN &
                                               CONNERS LLP


                                        By:  _____/s/ David J. Billings_____
                                               Vanessa H. Widener
                                               David J. Billings
                                               Attorneys for Defendant GUNS DOT COM
                                               LLC

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

## <u>DECLARATION OF DAVID J. BILLINGS</u>

I, David J. Billings, declare as follows:

1.      I am an attorney-at-law duly licensed to practice before all courts in the State of California and am senior counsel with the law firm of Anderson, McPharlin & Conners LLP, attorneys of record for Defendant GUNS DOT COM LLC in the above-entitled action.

2.      I am over the age of 18 years and I have personal knowledge of the matters set forth herein, and if called upon as a witness to testify thereto, I could and would competently do so.

3.      On June 3, 2022, Plaintiff SAHIRA SHAHBAZ ("Plaintiff") commenced the State Court Action against Defendant, in the Superior Court of the State of California in and for the County of Los Angeles, bearing Case No. 22STCV18264.  A true and correct copy of the summons and complaint is attached hereto as **Exhibit A**.

4.      On June 30, 2022, Plaintiff served the summons and complaint in the State Court Action on Defendant.  A true and correct copy of the Notice and Acknowledge of Receipt of the Complaint is attached hereto as **Exhibit B**.

5.      On July 28, 2022, I visited the Delaware Division of Corporation's website, accessed its business searched function, searched for Guns Dot Com, LLC, and printed the results.  Guns Dot Com, LLC is incorporated in the State of Delaware.  A true and correct copy of the results of my search for Guns Dot Com, LLC is attached hereto as **Exhibit C**.

6.      On July 29, 2022, I visited the California Secretary of State website, accessed its business search function, searched for Guns Dot Com, LLC, and printed the results.  No results were found for Guns Dot Com, LLC.  A true and correct copy of the results of my search for Guns Dot Com, LLC is attached hereto as **Exhibit D**.

/ / /

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

2586810.1 06276-001

7.    The Hoya Family Trust is the sole member of Guns Dot Com, LLC. Christopher John Henebry Callahan is the trustee of Hoya Family Trust, and Mr. Callahan is a citizen of the State of Virginia.

8.    At the time of the filing of the State Court action, plaintiff was in *pro per*. Plaintiff improperly named GUNS.COM LLC as a defendant. Defendant is informed and believes that no such entity exists. In the abundance of caution, I visited the California Secretary of State website, accessed its business search function, searched for GUNS.COM, LLC, and printed the results. No results were found for GUNS.COM, LLC. A true and correct copy of the results of my search for GUNS.COM, LLC is attached hereto as **Exhibit E**.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct and that this declaration was executed on July 29, 2022.

/s/ David J. Billings
David J. Billings

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

2586810.1 06276-001

**EXHIBIT A**

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

<table>
<tr><td></td><td>FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE)</td></tr>
</table>

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
GUNS.COM, LLC: GUNS DOT COM LLC, and DOES 1-250,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SAHIRA SHAHBAZ, an individual

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
STANLEY MOSK-CENTRAL COURTHOUSE
111 NORTH HILL STREET
LOS ANGELES, CA 90012

| CASE NUMBER: |
| --- |
| *(Número del Caso):* |
| **22STCV18264** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
SAHIRA SHAHBAZ, IN PRO PER    TEL: (310) 963-8822
5611 FOXWOOD DRIVE, UNIT E, OAK PARK, CA 91377

DATE: 06/07/2022    Sherri R. Carter Executive Officer / Clerk of Court    Clerk, by  M. Gonzalez  , Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Electronically FILED by Superior Court of California, County of Los Angeles on 06/03/2022 03:01 PM Sherri R. Carter, Executive Officer/Clerk of Court, by L. Castillejo,Deputy Clerk

1 | SAHIRA SHAHBAZ, IN PRO PER
5611 Foxwood Drive, Unit E
2 | Oak Park, CA 91377
Tel: (310) 963-8822
3 | Fax: (818) 865-7455
*Email: shuhbaz.sahira@gmail.com*
4

5 | Attorney for Plaintiff,
SAHIRA SHAHBAZ, IN PRO PER
6

7

8 | **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9

10 | **FOR THE COUNTY OF LOS ANGELES**

11 | SAHIRA SHAHBAZ, an individual | CASE NO. **22STCV18264**

12 |                             Plaintiff,

13 |                                        | **COMPLAINT FOR DAMAGES:**

14 | v.

15 | GUNS.COM LLC; GUNS DOT COM LLC, | **1. VIOLATIONS OF CALIFORNIA RESTRICTIONS ON UNSOLICITED**
and DOES 1    250, | **COMMERICAL ELECTRONIC MAIL**
16 |                                        | *(Cal Bus. & Prof. Code § 17529.5)*

17 |                             Defendants.

18 |                                        | **2. VIOLATIONS OF CALIFORNIA UNFAIR COMPETITION LAW** *(Cal Bus. & Prof. §§ 17200 et seq.)*

19

20 |                                        | UNLIMITED JURISDICTION

21 |                                        | **Jury Trial Demanded**

22

23 | COMES NOW PLAINTIFF Sahira Shahbaz files this Complaint for two causes of action

24 | against Defendant Guns.com LLC; and Guns Dot Com LLC and allege as follows:

25 | **I. INTRODUCTION**

26 | 1. Sahira Shahbaz ("Plaintiff") brings this Action against professional spammer Defendants

27 | Guns.com LLC; and Guns Dot Com LLC ("Defendant") and its third-party affiliates (aka

28 | "publishers") for advertising in and sending at least 100 unlawful spams to Plaintiff.

COMPLAINT OF SAHIRA SHAHBAZ

2. Plaintiff never gave any Defendant "direct consent" (as required by law) to advertise in commercial emails sent to Plaintiff.

3. The spams had materially misrepresented or falsified information contained in or accompanying the email headers, and/or misleading Subject Lines, in violation of *California Business & Professions Code § 17529.5* ("Section 17529.5"). The unlawful elements of these spam emails represent willful acts of falsity and deception, rather than clerical errors.

4. Defendants are strictly liable for advertising in spams sent by its third-party affiliates.

5. Spam recipients are not required to allege or prove reliance or actual damages to have standing. *See Bus. & Prof. Code § 17529(b)(1)(A)(iii).* Plaintiff elects to recover statutory damages only and forego recovery of any actual damages.

6. This Court should award liquidated damages of $1,000 per email (with a $1,000,000 cap per incident) as provided by Section 17529.5(b)(1)(B)(ii), and not consider any reduction in damages, because Defendants failed to implement reasonably effective systems designed to prevent the sending of unlawful spam in violation of the statute.

7. This Court should award Plaintiff her attorneys' fees pursuant to Section 17529.5(b)(1)(C). *See also Cal. Code Civ. Proc. § 1021.5,* providing for attorneys' fees when private parties bear the costs of litigation that confers a benefit on a large group of persons; hereby reducing the amount of false and deceptive spam received by California residents.

## II. PARTIES

A. Plaintiff

8. Sahira Shahbaz ("Plaintiff") is now, and at all times relevant has been, an individual domiciled in and a citizen of the State of California, and a resident of the County of Los Angeles. Plaintiff consistently accesses her email address from the State of California.

-2-

COMPLAINT OF SAHIRA SHAHBAZ

B. Defendants

9. Plaintiff is informed and believes and thereon allege that professional spammers Guns.com LLC; and Guns Dot Com LLC are the Defendant Spammer herein.

10. Plaintiff does not know the true names or legal capacities of the Defendants designated herein as DOES 1 through 250, inclusive, and therefore sue said Defendants under the fictitious name of "DOE." Plaintiff is informed and believes and thereon allege that the Defendants designates herein as a DOE is legally responsible in some manner for the matters alleged in this complaint, and is legally responsible in some manner for causing the injuries and damages of which Plaintiff complains. Plaintiff is informed and believes and thereon alleges that the Defendants designated herein as a DOE Defendants was, at all times relevant to the matters alleged within this complaint, acting in conjunction with the named Defendants, whether as a director, officer, employee, agent, affiliate, customer, participant, or co-conspirator. When the identities of DOE Defendants 1-250 are discovered, or otherwise made available, Plaintiff will seek to amend this Complaint to allege their identity and involvement with particularity. Plaintiff alleges that the Defendants is jointly and severally liable for all injuries and damages of which Plaintiff complains.

## III. JURISDICTION AND VENUE

A. Jurisdiction is Proper in the Superior Court of California Unlimited Jurisdiction.

11. This Court has jurisdiction over the Action because: a) Plaintiff is domiciled in and a citizen of the State of California. Plaintiff received the unlawful spams at her Los Angeles County, California email addresses, and b) the amount in controversy is above $25,000, making this an unlimited action.

B. Venue is Proper in Los Angeles County

12. Venue is proper in Los Angeles County because the emails in question were transmitted to Los Angeles, California and received there.

-3-

COMPLAINT OF SAHIRA SHAHBAZ

## IV. DEFENDANTS SENT AT LEAST 100 UNLAWFUL SPAMS

13. Plaintiff alleges that Defendants engaged in tortious conduct: "wrongful act[s] other than a breach of contract for which relief may be obtained in the form of damages or an injunction." *See Merriam-Webster*, www.merriam-webster.com/dictionary/tort.

A.  The Emails at Issue are "Seams", Recipients and Counts

14. The emails at issue are "commercial email advertisements" 2. because they were initiated for the purpose of advertising and promoting the sale of Defendants' goods or services.

15. The emails are "unsolicited commercial email advertisements" 3. Because no Plaintiff ever gave any Defendants "direct consent" 4. to send him or her commercial emails, nor did any Plaintiff have a "pre-existing or current business relationship" 5. with the Defendants.

16. Defendants sent and/or advertised in at least 100 unlawful spams that Plaintiff received at their "California email addresses" 6. within one year prior to the filing of this Action, as set forth below:

Shahbaz received at least (100) spam email messages from defendants.

2 "'Commercial e-mail advertisement' means any electronic mail message initiated for the purpose of advertising or promoting the lease, sale, rental, gift offer, or other disposition of any property, goods, services, or extension of credit." *Bus. & Prof Code § 17529.1(c)*.

3 "'Unsolicited commercial e-mail advertisement' means a commercial email advertisement sent to a recipient who meets both of the following criteria: (1) The recipient has not provided direct consent to receive advertisements from the advertiser. (2) The recipient does not have a pre-existing or current business relationship, as defined in subdivision (1), with the advertiser promoting the lease, sale, rental, gift offer, or other disposition of any property, goods, services, or extension of credit." *Bus. & Prof Code § 17529.1(o)*.

-4-

**COMPLAINT OF SAHIRA SHAHBAZ**

4 "'Direct consent' means that the recipient has expressly consented to receive email advertisements form the advertiser, either in response to a clear and conspicuous request for the consent or at the recipient's own initiative." *Bus. & Prof Code § 17529.1(d) (emphasis added).*

5 "'Preexisting or current business relationship,' as used in connection with the sending of a commercial email advertisement, means that the recipient has made an inquiry and has provided his or her email address, or has made an application, purchase, or transaction, with or without consideration, regarding products or services offered by the advertiser." *Bus. & Prof Code §* 17529.1(l).

6 "'California e-mail address' means 1) An e-mail address furnished by an electronic mail service provider that sends bills for furnishing and maintaining that email address to a mailing address in this state; 2) An email address ordinarily accessed from a computer located in this state; 3) An email address furnished to a resident of this state." *Bus. & Prof. Code § 17529.1(b).*

• SHAHBAZ receives at least 100 emails.

17. Plaintiff's email addresses play no part in determining whether or not the emails have falsified, misrepresented, forged, misleading, or otherwise deceptive information contained in or accompanying the email headers.

18. Plaintiff's email addresses are confidential for numerous reasons, including, but not limited to, avoiding the risk of retaliation by "mail bombing" (sending massive amounts of email to Plaintiff's' email addresses), "joe jobbing" (sending unlawful email using Plaintiff's email addresses in the Sender Email Address field as a means of harassment), or sharing of Plaintiff's email addresses with other unknown parties who might in turn send spam or mail bombs to Plaintiff or as if from Plaintiff.

19. The spams are all unlawful because the spams have materially falsified, misrepresented, and/or forged information contained in or accompanying the email headers, and/or Subject Lines that are misleading as to the contents or subject matter of the emails, as described in more detail below.

-5-                          **COMPLAINT OF SAHIRA SHAHBAZ**

**B. Spams With Generic Form Names Misrepresent Who is Advertising in the Spams and**
**Violate** *Business & Professions Code § 17529.5(a)(2).*

20. Section 17529.5(a)(2) prohibits misrepresented information contained in or
accompanying email headers. The form Name field is part of email headers. The Form Name field
in an email's header is, not surprisingly, supposed to identify who the email is from; it is not
supposed to be an advertising message. Because computers must use standard protocols in order to
communicate, the Internet Engineering Task Force created a collection of "Requests for Comment"
("RFCs") that define the rules that enable email to work. According to RFC 5322 at ¶ 3.6.2
(*emphasis in original*):

The "Form:" field specifies the author(s) of the message, that is, the mailbox(es) of the person(s) or
system(s) responsible for the writing of the message. . . . In all cases, the "form:" field SHOULD
NOT contain any mailbox that does not belong to the author(s) of the message.

21. Plaintiff contends that the text, whatever it is, cannot misrepresent who is advertising in
**the email.**

22. The Form Name is important to an email user, because in almost all email programs, the
inbox view only displays a list of emails, showing the Form Name, Subject Line, and Send Date.
Therefore, even if the body of the email identifies the advertiser, the recipient will not know that
until s/he has already clicked to open the email.

23. In *Balsam v. Trancos Inc.*, the unlawful spams were sent from generic names that did not
identify anyone. The trial court ruled, and the court of appeal affirmed in all respects, that generic
names violate the statute because they misrepresent who the emails are form:

... The seven [ ] emails do not truly reveal who sent the email . . . . The [ ] "senders"
identified in the headers of the [ ] seven emails do not exist or are otherwise misrepresented,
namely Paid Survey, Your Business, Christian Dating, Your Promotion, Bank Wire Transfer
Available, Dating Generic, and Join Elite. . . . . Thus the sender information ("From") is
misrepresented. 203 Cal. App. 4th 1083. 1088, 1090-91, 1093 (1st Dist. 2012), petition for
review denied, 2012 Cal. LEXIS 4979 (Cal. May 23, 2012), petition for certiori denied, 2012
U.S. LEXIS 8423 (U.S. Oct. 29, 2012), petition for rehearing denied, 2013 U.S. LEXIS 243

(U.S. Jan. 7, 2013). More specifically, Trancos confirmed that generic form Names that "do not exist or are otherwise misrepresented when they do not represent any real company and cannot be readily traced back to the true owner/sender" violate the statute. Id. at 1093. The Court affirmed the award of $1,000 liquidated damages for the seven emails with misrepresented information in the form Name field, even though most of the spam identified the advertiser in the body. Id. at 1091, 1093.

24. The names of the instant spams are all similarly generic terms such as "PC SCAN," "FINALLY FAST SOFTWARE," "PC PROBLEM SOLVERS," etc. All of these generic names misrepresent who was advertising in the spams, and therefore violate Section 17529.5(a)(2).

25  Plaintiff is informed and believed and thereon alleges that they may have registered some of the generic phrases in the names as fictitious business names (FBNs). However, even if this is true, the generic names still misrepresent who the spams are from. Looking at a list of emails in the inbox, the recipient still cannot identify the form name. Nor is there any means for the recipient to know the state/county in which the FBNs were registered.

C. Shams Sent from Sending Domain Names Registered So As To Not Be Readily Traceable to the Sender Violates *Business & Professions Code Section* 17529.5(a)(2).

26. Section 17529.5(a)(2) prohibits falsified, misrepresented, or forged information contained in or accompanying email headers. Registration information for the domain names used to send spams is information contained in or accompanying email headers. *In Balsam v. Trancos Inc.*, the Court of Appeal held:

[W]here, as in this case, the commercial emailer intentionally uses    . domain names in its headers that neither disclose the true sender's identity on their face nor permit the recipient to readily identify the sender, . . . such header information is deceptive and does constitute a falsification or misrepresentation of the sender's identity. . . .

27. Here, the domain names were not traceable to the actual sender. The header information is "falsified" or "misrepresented" because Trancos deliberately created it to prevent the recipient

-7-

1    from identifying who actually sent the message. . . . . an email with a made-up and untraceable

2    domain name affirmatively and falsely represents the sender's connection.

3
      28. Allowing commercial emailers like Trancos to conceal themselves behind untraceable
4
     domain names amplifies the likelihood of Internet fraud and abuse--the very evils for which the
5
     Legislature found it necessary to regulate such emails when it passed the Anti-spam Law. We
6
7    therefore hold, consistent with the trial court's ruling, that header information in a commercial e-mail

8    is falsified or misrepresented for purposes of section 17529.5(a)(2) when it uses a sender domain

9    name that neither identifies the actual sender on its face nor is readily traceable to the sender using a

10   publicly available online database such as WHOIS. 203 Cal. App. 4th at 1097-1101 (*emphasis in*

11   *original*).

12
      29. Plaintiff received unlawful spams advertising and other Defendants, sent form domain
13
     names that: in violation of Section 17529.5. For example:
14

15   • Did not identify the Defendants or the sender on their face, and

16   • Were deliberately registered so as to not be readily traceable to the sender by

17   querying the Whois database, in violation of Section 17529.5. For example:

18
      30. Many of the spams at issue were sent from domain names that were proxy registered to
19
     prevent the recipient from tracing the domain name to the actual sender using a Whois query.
20

21   D. Spams With False Subject Lines Violate *Business & Professions Code § 17529.5(a)(2)*; Spams
     With Misleading Subject Lines Violate *Business & Professions Code § 17529.5(a)(3)*
22

23    31. Section 17529.5(a)(2) prohibits falsified, misrepresented, or forged information in email

24   headers. The Subject Line is part of email headers.  Many of the spams at issue contain Subject

25   Lines with falsified and/or misrepresented information.

26
      32. Section 17529.5(a)(3) prohibits Subject Lines likely to mislead a reasonable recipient
27
     about the contents or subject matter or the email.
28


      -8-                              **COMPLAINT OF SAHIRA SHAHBAZ**

33. Although the Subject Lines referenced above relate to the subject matter of the emails the recipients' PC performance — they are misleading as to the contents, because the Lines refer to WARNINGS and are likely to mislead reasonable recipients into believing that the bodies of the emails would contain specific information about their actual PC performance, when in fact, the bodies merely contain generic advertisements for services.

E. Defendant is Strictly Liable for Spams Sent By Its Affiliates

34. Plaintiff is informed and believes and thereupon alleges that they contracted with third party advertising networks and affiliates (a/k/a "publishers") to advertise its websites for the purpose of selling goods and services for a profit.

35. No one is forced to outsource any of its advertising to third party spammers.

36. Advertisers such as are liable for advertising in spams, even if third parties hit the Send button. There is a need to regulate the advertisers who use spam, as well as the actual spammers because the actual spammers can be difficult to track down due to some return addresses that show up on the display as "unknown" and many others being obvious fakes and they are often located offshore. The true beneficiaries of spam are the advertisers who benefit from the marketing derived from the advertisements. *Bus. & Prof. Code* § 17529(j)(k). It is unlawful [ ] to advertise in a commercial email advertisement [ ] under any of the following circumstances... *Bus. & Prof. Code* § 17529.5 (*emphasis added*). Of course, the affiliates are also liable for sending unlawful spams. See *Trancos*, generally.

37. *In Hypertouch Inc. v. ValueClick Inc.* et al, the court of appeal held that advertisers are strictly liable for advertising in false and deceptive spams, even if the spams were sent by third parties. [S]ection 17529.5 makes it unlawful for a person or entity "to advertise in a commercial email advertisement" that contains any of the deceptive statements described in subdivisions (a)(1)-(3). Thus, by its plain terms, the statute is not limited to entities that actually send or initiate a deceptive commercial email, but applies more broadly to any entity that advertises in those emails.

-9-

COMPLAINT OF SAHIRA SHAHBAZ

Thus, like other California statutes prohibiting false or misleading business practices, the statute makes an entity strictly liable for advertising in a commercial e-mail that violates the substantive provisions described in section 17529.5, subdivision (a) regardless of whether the entity knew that such emails had been sent or had any intent to deceive the recipient. 192 Cal. App. 4th 805, 820-21 (2d Dist. 2011) (emphasis added). The court did not find that this was an arbitrary requirement; rather, the court identified sound policy reasons behind the Legislature's decision to create a strict liability statute:

[I]mposing strict liability on the advertisers who benefit from (and are the ultimate cause of) deceptive e-mails, forces those entities to take a more active role in supervising the complex web of affiliates who are promoting their products. Id. at 829.  Nor was *Hypertouch* an anomaly; it confirmed the general trend in anti-spam litigation in California and federal courts.

F. Plaintiff Sues for Statutory Liquidated Damages; No Proof of Reliance or Actual  Damages is Necessary

38. The California Legislature defined liquidated damages to be $1,000 per spam. *Bus. & Prof. Code* § 17529.5(b)(1)(B)(ii).

39. Plaintiff is informed and believes and thereupon allege that the $1,000 per spam figure is comparable with damages in other areas of consumer protection law, e.g., $500-$1,500 statutory damages per junk fax, pursuant to *Bus. & Prof. Code § 17538.43(b)*.

40. Plaintiff's rightful and lawful assertion of the California Legislature's liquidated damages amount of $1,000 per email is necessary to further the Legislature's objective of protecting California residents from unlawful spam.

41. Section 17529.5 does not require Plaintiff to quantify their actual damages, allege or prove reliance on the advertisements contained in the spams, or purchase the goods and services advertised in the spams. Recipients of unlawful spam have standing to sue and recover liquidated

-10-

damages. See *Bus. & Prof Code § 17529.5(b)(1)(A)(iii)*; *Hypertouch*, 192 Cal. App. 4th at 820, 822-23, 828.

G. Defendants' Actions Were Willful and Preclude any Reduction in Statutory Damages

42. Section 17529.5 authorizes this Court to award reduced statutory damages:

If the court finds that the defendants established and implemented, with due care, practices and procedures reasonably designed to effectively prevent unsolicited commercial e-mail advertisements that are in violation of this section, the court shall reduce the liquidated damages recoverable under paragraph (1) to a maximum of one hundred dollars ($100) for each unsolicited commercial e-mail advertisement, or a maximum of one hundred thousand dollars ($100,000) per incident, *Bus. & Prof. Code § 17529.5(b)(2)*. But, to secure the reduction, Defendants have the burden of proof to demonstrate not only that they have practices and procedures to prevent unlawful spamming, but also that the practices and procedures are effective.

43. Plaintiff is informed and believes and thereon alleges that Defendants have not established and implemented, with due care, practices and procedures reasonably designed to effectively prevent unsolicited commercial e-mail advertisements that are in violation of Section 17529.5.

44. Even if Defendants had any practices and procedures to prevent advertising in unlawful spam, such practices and procedures were not reasonably designed so as to be effective.

45. Even if Defendants reasonably designed practices and procedures to prevent advertising in unlawful spam, such practices and procedures were not implemented so as to be effective.

46. Moreover, Plaintiff is informed and believes and thereon allege that Defendants intended to deceive recipients of their spam messages through the use of falsified and/or misrepresented information contained in or accompanying the email headers, as described herein.

47. Subject Lines and form Names do not write themselves and domain names do not register themselves; the misrepresented information in the email headers are not "clerical errors." Plaintiff is

-11-                              COMPLAINT OF SAHIRA SHAHBAZ

informed and believes and thereon allege that Defendants went to great lengths to create

misrepresented information contained in and accompanying the email headers in order to deceive

recipients, Internet Service Providers, and spam filters.

48. Plaintiff is informed and believes and thereon allege that Defendants intended to profit,

actually profited, and continue to profit, and were unjustly enriched by, their wrongful conduct as

described herein.

49. Punitive damages are appropriate to punish malicious, oppressive, and/or fraudulent

conduct by Defendants, and to deter others from engaging in such conduct.

### FIRST CAUSE OF ACTION
[Violations of California Restrictions on Unsolicited Commercial Email,
*California Business & Professions Code § 17529.5*]
(Plaintiff Against Defendants and Does 1-125)

50. Plaintiff hereby incorporates the foregoing paragraphs as though set forth in full herein.

51. Plaintiff received the spams at issue within one year prior to filing this Complaint.

52. Defendants advertised in, sent, and/or caused to be sent unsolicited commercial emails to

Plaintiff's California electronic mail addresses: a) containing or accompanied by falsified and/or

misrepresented header information, and/or b) containing misleading Subject Lines.

53. The California Legislature set liquidated damages at One Thousand Dollars ($1,000) per

email.

54. Plaintiff seeks reimbursement of attorneys' fees and costs as authorized by Section

17529.5(b)(1)(C). The attorneys' fees provision for a prevailing spam recipient is typical of

consumer protection statutes and supported by *Code of Civil Procedure § 1021.5*. By prosecuting

this action, Plaintiff expects to enforce an important right affecting the public interest and thereby

confer a significant benefit on the general public or a large class of persons. The necessity and

financial burden of private enforcement is such as to make the award appropriate, and the attorneys'

fees should not, in the interest of justice, be paid out of the recovery of damages.

## SECOND CAUSE OF ACTION
### Violation of California's Unfair Competition Law
*Bus. & Prof. Code §§ 17200 et seq.*
**(Plaintiff v. Defendants and Does 126-250)**

55. Plaintiff repeats and realleges the allegations in the above stated paragraphs as if set forth herein in full.

56. *California's Unfair Competition Law ("UCL"), Cal. Bus & Prof. Code §§ 17200 et seq.,* prohibits any "unlawful, unfair, or fraudulent business acts or practices."

57. Any violation of *California Business & Professions Code § 17529.5* "constitute[s] an unlawful business practice and an act of unfair competition within the meaning of Section 17200 of the Business and Professions Code." *See California Business & Professions Code § 17529.5*

58. As alleged above, Defendants violated *California Business & Professions Code § 17529.5* because Defendants sent unsolicited emails to Plaintiff's accounts.

59. These unsolicited emails were received by Plaintiff.

60. Defendants' conduct was unscrupulous, offended established public policy, and was fraudulent.

61. The harm caused by Defendants' conduct greatly outweighs any benefit to consumers.

62. As a result of the conduct alleged herein, Plaintiff suffered injuries in fact and lost money.

63. Plaintiff seeks reimbursement of attorneys' fees and costs as authorized by *Bus. & Prof. Code §§ 17200 et seq..* The attorneys' fees provision for a prevailing spam recipient is typical of consumer protection statutes and supported by *Code of Civil Procedure § 1021.5.* By prosecuting this action, Plaintiff expects to enforce an important right affecting the public interest and thereby confer a significant benefit on the general public or a large class of persons. The necessity and financial burden of private enforcement is such as to make the award appropriate, and the attorneys' fees should not, in the interest of justice, be paid out of the recovery of damages.

WHEREFORE, Plaintiff prays for judgment against Defendants as hereinafter set forth.

**PRAYER FOR RELIEF:**

A. An Order from this Court declaring that Defendants violated *California Business & Professions Code § 17529.5* by advertising in and sending unlawful spams.

B. Liquidated damages against Defendants in the amount of $1,000 per unlawful spam, as authorized by Section 17529.5(b)(1)(B)(ii), at least $100,000 for one hundred (100) unlawful spams.

C. Attorneys' fees as authorized by Section 17529.5(h)(1)(C) and *Code of Civil Procedure § 1021.5* for violations of Section 17529.5.

D. Disgorgement of all profits derived from unlawful spams directed to California residents monies to be turned over to the Unfair Competition Law Fund and used by the California Attorney General to support investigations and prosecutions of California's consumer protection laws.

E. Costs of suit.

F. Such other and further relief as the Court deems proper.


Dated:   June 3 , 2022


Sahira Shahbaz
Attorney for Plaintiffs. In Pro Per

COMPLAINT OF SAHIRA SHAHBAZ

**EXHIBIT B**

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| SAHIRA SHAHBAZ, IN PRO PER<br><br>20541 Hatteras Street<br>Woodland Hills, CA 91367<br>TELEPHONE NO.: 310-963-8822       FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: SAHIRA SHAHBAZ

DEFENDANT/RESPONDENT: GUNS.COM, LLC: GUNS DOT COM LLC, and DOES 1-250

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>22STCV18264 |
|---|---|

TO *(insert name of party being served):* GUNS.COM, LLC: GUNS DOT COM LLC

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 6/8/22

PATRICIA RODRIGUEZ

_____        _____
(TYPE OR PRINT NAME)                     (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*
1. ☑  A copy of the summons and of the complaint.
2. ☑  Other *(specify):*
      NOTICE OF CASE ASSIGNMENT; FIRST AMENDED GENERAL ORDER; ALTERNATIVE DISPUTE RESOLUTION
      INFORMATION PACKAGE; VOLUNTARY EFFICIENT LITIGATION STIPULATION(S); RELATED COURT
      DOCUMENTS

*(To be completed by recipient):*

Date this form is signed: 06/30/2022

Greg Minkler / Guns Dot Com, LLC
_____        _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,      (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                      ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL | Page 1 of 1<br>Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |
|---|---|---|

**EXHIBIT C**

Delaware.gov

Governor | General Assembly | Courts | Elected Officials | State Agencies

---

Department of State: Division of Corporations

Allowable Characters

| HOME | Entity Details |
| --- | --- |

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 6346627 | Incorporation Date / Formation Date: | 3/13/2017 (mm/dd/yyyy) |
| --- | --- | --- | --- |
| Entity Name: | **GUNS DOT COM, LLC** | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | **CORPORATION SERVICE COMPANY** | | |
| --- | --- | --- | --- |
| Address: | **251 LITTLE FALLS DRIVE** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **302-636-5401** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

[ Submit ]

[ View Search Results ]        [ New Entity Search ]

---

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

**EXHIBIT D**

California
*Secretary of State*

Business        UCC

Login

Home

Search

Forms

Help

# Business Search

*The California Business Search provides access to available information for* ***corporations***, ***limited liability companies*** *and* ***limited partnerships*** *of record with the California Secretary of State, with* ***free PDF copies*** *of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are* ***not contained*** *in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

### Basic Search

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable,* ***remove "C"*** *from the entity number. Note,* ***a basic search*** *will search* ***only ACTIVE entities*** *(Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the* ***Advanced*** *search feature.*

### Advanced Search

*An Advanced search is required when searching for publicly traded disclosure information or a status other than active.*

*An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.*

***Disclaimer:*** *Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record* State

[Skip to main content](#)



*indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2)select Request Certificate in the right-hand detail drawer; and (3) complete your request online.*

GUNS DOT COM, LLC

Advanced ⌄



## No results were found for "GUNS DOT COM, LLC"

Try your search again with different filters or a different search term.

© 2022 CA Secretary of State

**EXHIBIT E**

California
*Secretary of State*

Business          UCC

Login

Home

Search

Forms

Help

# Business Search

*The California Business Search provides access to available information for* **corporations**, **limited liability companies** *and* **limited partnerships** *of record with the California Secretary of State, with* **free PDF copies** *of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are* **not contained** *in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

### *Basic Search*

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable,* **remove "C"** *from the entity number. Note,* **a basic search** *will search* **only ACTIVE entities** *(Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the* **Advanced** *search feature.*

### *Advanced Search*

*An Advanced search is required when searching for publicly traded disclosure information or a status other than active.*

*An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.*

**Disclaimer:** *Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record* State

[Skip to main content](#)



Login

Business    UCC

Home

Search

Forms

Help

*indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2)select Request Certificate in the right-hand detail drawer; and (3) complete your request online.*

GUNS.COM LLC

Advanced ⌄



## No results were found for "GUNS.COM LLC"

Try your search again with different filters or a different search term.